UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>SAN QUENTIN STATE PRISON WARDEN, et al.,<br><br>    Respondents. | Case No. 23-cv-00973-HSG<br><br>**ORDER OF DISMISSAL** |

On or about March 3, 2023, Petitioner filed this *pro se* petition for a writ of habeas corpus. Dkt. No. 1. On May 2, 2023, the Court denied Petitioner's request for leave to proceed *in forma pauperis* because his inmate statement report indicates that he has sufficient funds to pay the $5.00 filing fee. Dkt. No. 9. Petitioner was ordered to pay the $5.00 filing fee by May 31, 2023, or face dismissal of this action. *Id.* The deadline to pay the filing fee has passed, and Plaintiff has not paid the filing fee or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must be accompanied by the filing fee. The Clerk shall enter judgment in favor of Respondent and close the file.

**IT IS SO ORDERED.**

Dated: 6/23/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge