UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>SAN QUENTIN STATE PRISON WARDEN, et al.,<br><br>    Respondent. | Case No. 23-cv-00973-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED.**

Dated: June 23, 2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge